Default is hereby entered against Defendants Donald M. O'Neal; Walter J. Drugan; Capital One Bank; and National Check Bureau, Inc.

Date: October 18, 2006

 s/Geri M. Smith, Clerk
Geri M. Smith, Clerk
United States District Court

By: s/Marsha A. McDowell, Deputy Clerk

G:\Cases - TM\05-9027\app for default-061016-KW.WPD